UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-00337-H-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) **ORDER TO CONTINUE SENTENCING** |
| | ) |
| BENJAMIN MCPHERSON | ) |

This matter comes now before this Court on motion of the United States, by and through the United States Attorney, to continue the sentencing in the above captioned case.

For good cause shown, the court hereby GRANTS the government's motion, and continues the sentencing in the above captioned case to this Court's ___March 11, 2014___ term.

This the _10TH_ day of _Feb_, 2014.

_____
MALCOLM J. HOWARD
Senior United States District Judge